# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ANETRA LEWIS, | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | * CIVIL ACTION NO. 20-00468-KD-B |
| | * |
| ANDREW M. SAUL, | * |
| Commissioner of Social | * |
| Security, | * |
| | * |
| Defendant. | * |

## REPORT AND RECOMMENDATION

This matter is before the Court on Defendant's Unopposed Motion for Entry of Judgment with Remand pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. 20). The motion has been referred to the undersigned Magistrate Judge for a report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and S.D. Ala. GenLR 72(a)(2)(S).

A review of the pleadings in this case reveals that Plaintiff filed a complaint on September 22, 2020, alleging that the decision of the Commissioner of Social Security to deny Plaintiff a period of disability, disability insurance benefits, and supplemental security income was "based upon errors of law" and "not supported by substantial evidence on the record as a whole." (Doc. 1). Defendant filed an answer on April 7, 2021. (Doc. 15). Plaintiff filed her Social Security brief on May 6, 2021. (Doc. 18). Subsequent thereto, Defendant filed the instant motion requesting that this matter be remanded to the Commissioner for further

administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g), including further evaluation of the medical opinion evidence, such as the medical source statement prepared by Dr. Huey Kidd, under the applicable regulations. (Doc. 20). The Commissioner advises that Plaintiff's counsel has been contacted and does not oppose a remand. (Id. at 1).

The Court finds that this is a tacit admission by Defendant that Plaintiff's application was not appropriately considered; thus, this action should be remanded. Without reviewing the substantive evidence of record, this Court accepts Defendant's acknowledgment of error. It thus appears that the decision of the Commissioner of Social Security denying Plaintiff benefits should be reversed and remanded pursuant to 42 U.S.C. § 405(g), see Melkonyan v. Sullivan, 501 U.S. 89 (1991), for further proceedings not inconsistent with this decision. See Shalala v. Schaefer, 509 U.S. 292 (1993).

Accordingly, it is **RECOMMENDED** that Defendant's Unopposed Motion for Entry of Judgment with Remand under sentence four of 42 U.S.C. § 405(g) (Doc. 20) be **GRANTED**, and that this action be **REVERSED** and **REMANDED** to the Social Security Administration for further administrative proceedings not inconsistent with the orders of this Court.

**NOTICE OF RIGHT TO FILE OBJECTIONS**

A copy of this report and recommendation shall be served on all parties in the manner provided by law. Any party who objects to this recommendation or anything in it must, within fourteen (14) days of the date of service of this document, file specific written objections with the Clerk of this Court. See 28 U.S.C. 636(b)(1); Fed. R. Civ. P. 72(b); S.D. Ala. GenLR 72(c). The parties should note that under Eleventh Circuit Rule 3-1, "[a] party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions if the party was informed of the time period for objecting and the consequences on appeal for failing to object. In the absence of a proper objection, however, the court may review on appeal for plain error if necessary in the interests of justice." 11th Cir. R. 3-1.

In order to be specific, an objection must identify the specific finding or specify the place in the Magistrate Judge's report and recommendation where the disputed determination is found. An objection that merely incorporates by reference or refers to the briefing before the Magistrate Judge is not specific.

**DONE** this **24th** day of **June, 2021.**

                                                **/s/ SONJA F. BIVINS**
                                    **UNITED STATES MAGISTRATE JUDGE**