# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ANETRA LEWIS,** | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | * CIVIL ACTION NO. 20-00468-KD-B |
| | * |
| **ANDREW M. SAUL,** | * |
| **Commissioner of Social** | * |
| **Security,** | * |
| | * |
| Defendant. | * |

## JUDGMENT

In accordance with the Order entered July 12, 2021, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that Defendant's Unopposed Motion for Entry of Judgment with Remand (Doc. 20) is **GRANTED,** and that the decision of the Commissioner of Social Security denying Plaintiff benefits is reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). See Melkonyan v. Sullivan, 501 U.S. 89, 98 (1991).

The remand pursuant to sentence four of § 405(g) makes Plaintiff the prevailing party for purposes of the Equal Access to Justice Act, 28 U.S.C. § 2412, and terminates this Court's jurisdiction over this matter. See Shalala v. Schaefer, 509 U.S. 292 (1993).

**DONE** this 12th day of July 2021.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
**CHIEF UNITED STATES DISTRICT JUDGE**