IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ANETRA LEWIS,** | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | * CIVIL ACTION NO. 20-00468-KD-B |
| | * |
| **KILOLO KIJAKAZI,** | * |
| Acting Commissioner of | * |
| Social Security, | * |
| | * |
| Defendant. | * |

## JUDGMENT

In accordance with the Order entered on this date, it is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act ("EAJA") is hereby **GRANTED in part,** and that Plaintiff is hereby **AWARDED** attorney's fees in the amount of **$1,839.30** under the EAJA for legal services rendered by her attorney in this Court.  No costs are taxed.

**DONE** this **21st** day of **September 2021.**

s/ Kristi K. DuBose
**CHIEF UNITED STATES DISTRICT JUDGE**